PROB 12A
(7/93)

# UNITED STATES DISTRICT COURT

## for

### <u>Western District of Texas</u>

**Report on Offender Under Supervision**

Name of Offender: <u>Chadrick Waters</u>                    Case Number: <u>1:15-CR-00331-LY(1)</u>
True Name: <u>Chadrick Damon Waters</u>

Name of Sentencing Judicial Officer: <u>Honorable Lee Yeakel, United States District Judge</u>

Date of Original Sentence:  <u>August 18, 2016</u>

Original Offense: <u>Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1)</u>

Original Sentence: <u>Sixty (60) months in the custody of the Bureau of Prisons, followed by a three</u>

<u>(3) year term of supervised release.  Special conditions imposed include substance abuse treatment,</u>
<u>search and seizure, alcohol abstinence, pay a $100 special assessment fee (paid in full), and</u>
<u>forfeiture of two pistols, one handgun, any related ammunition, or accessories to the firearms, and</u>
<u>$8,596 in currency</u>

Type of Supervision: <u>Supervised Release</u>     Date Supervision Commenced: <u>April 06, 2021</u>

Assistant U.S. Attorney: <u>Mark H. Marshall</u>          Defense Attorney: <u>Doyle L. Young</u>

---

### PREVIOUS COURT ACTION

On December 13, 2017, the offender's Judgment was amended to reflect a correction from a clerical error, which failed to reflect the dismissal of all remaining counts that were dismissed on the Government's oral motion at the time of sentencing on August 18, 2016.

On September 25, 2020, the Court issued a Final Judgement denying the offender's 28 U.S.C.§ 2255 Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, filed on December 17, 2019. Consequently, the case was ordered closed.

### NONCOMPLIANCE SUMMARY

**<u>Violation of Mandatory Condition No. 2:</u>** "The defendant shall not unlawfully possess a controlled substance."

Waters, Chadrick
True Name: Waters, Chadrick Damon
Report on Offender Under Supervision
Page 2

**Violation of Mandatory Condition No. 3:** "The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release on probation or supervised release and at least two periodic drug tests thereafter (as determined by the court) for use of a controlled substance, but the condition stated in this paragraph may be ameliorated or suspended by the court if the defendant's presentence report or other reliable sentencing information indicates low risk of future substance abuse by the defendant."

**Nature of Noncompliance:** On October 5, 2021, Waters submitted a urine specimen which returned positive for marijuana.

**U.S. Probation Officer Action:** On October 18, 2021, the probation officer spoke with Waters regarding the positive results. He did not attempt any excuses and admitted to using marijuana to cope with two recent traumatic deaths in his family, as well as a third family member's terminal illness. The offender apologized for his behavior and committed to maintaining sobriety moving forward.

The Court is advised that Waters had previously completed a substance abuse assessment and was not recommended for any treatment due to not having any risk indicators or substance abuse issues. Rather, he was reported to have rational thinking and a healthy support network. All urine specimens prior to this violation have been negative and there have been no other instances of non-compliance. As the offender's relapse appears to be the result of unexpected loss and not ongoing high-risk behavior, it is respectfully recommended that no court action be taken at this time, and that the offender complete 90 days on the COMPLY random urinalysis program to monitor his substance use.

Accordingly, the Court reserves the right to revisit these allegations in the future. In addition, should Waters incur any further violations, the Court will be immediately notified.

Approved by,                              Respectfully Submitted,

*Martha N. Davis*                         *Lyza De La Fuente*
_____                   _____
Martha N. Davis                           Lyza De La Fuente
Supervising Probation Officer             U.S. Probation Officer
Date: October 25, 2021                    Date: October 25, 2021

Waters, Chadrick
True Name: Waters, Chadrick Damon
Report on Offender Under Supervision
Page 3

**THE COURT ORDERS:**

[✓]   No Action

[ ]   Submit a Request for Modifying the Condition or Term of Supervision

[ ]   Submit a Request for Warrant or Summons

[ ]   Other

_____
Honorable Susan Hightower
U.S. Magistrate Judge

Date:  October 26, 2021